IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) |
| Plaintiffs, | ) CIVIL ACTION ) ) NO. 18 C 3017 |
| vs. | ) ) JUDGE EDMOND E. CHANG. |
| OWS ENT., INC., an Illinois corporation, | ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, by their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice pursuant to the execution of a Settlement Agreement.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile:  (312) 236-0241
Email: pryan@baumsigman.com

I:\MIDJ\OWS Ent., Inc\notice of voluntary dismissal.pnr.df.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 12th day of July 2018:

        OWS Ent., Inc.
        c/o Myrna B. Goldberg, Registered Agent
        3000 Dundee Road, #305
        Northbrook, IL   60062-2434

        OWS Ent., Inc.
        c/o Steven J. Ornoff, President
        952 Seton Court
        Wheeling, IL   60090-5705

                  /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile:  (312) 236-0241
Email: pryan@baumsigman.com

I:\MIDJ\OWS Ent., Inc\notice of voluntary dismissal.pnr.df.wpd